IRVING WEISSMAN, Respondent, v. NUMBER FOUR LAND CORPORATION and NATHAN B. FINKELSTEIN, Defendants, SAMUEL ARNOLD, Respondent, and EVELYN

Rosenberg, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.